IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 07-1680 |
| A 1999 FREIGHTLINER TRACTOR VIN 1FUWDCXA1XP992996, | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, this 14th day of Dec, 2007, upon consideration of the United States' Application Requesting Issuance of Warrant of Arrest Upon Probable Cause Shown, it is hereby ORDERED that there is probable cause shown for the issuance of the forfeiture warrant of arrest *in rem* as submitted by the United States in its request to the Clerk dated December 11, 2007.

Upon issuance of the warrant of arrest, the United States shall serve all persons who may have an interest in the Defendant Property and provide them with an opportunity to file a claim and answer in this case.

United States District Judge