IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A 1999 FREIGHTLINER TRACTOR, ) <br> VIN AFUWDCXA1XP992996, ) <br> ) <br> Defendant. ) | Civil Action No. 07-1680 |

**ORDER**

AND NOW, this 27 day of March, 2008, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation: (1) the duty of Dwayne Thompson to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants.

The United States may advertise this action in accordance with federal forfeiture law.

The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the related criminal investigation.

_____
J.